UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

**AFFIDAVIT OF MAILING**

In Re:

GEORGE S. BEVINS, JR. AKA GEORGE S. BEVINS

Debtor.

Case No.: 10-12856-1-rel
(Chapter 13)

Assigned to:
Hon. ROBERT E. LITTLEFIELD, JR., CHIEF JUDGE
Bankruptcy Judge

STATE OF NEW YORK        )
COUNTY OF ERIE           ) SS:
CITY OF BUFFALO          )

Rachel St. John, being duly sworn, deposes and says that he/she is over eighteen years of age and resides in the Town of East Amherst, New York.

That on the 31st day of August, 2010, deponent served the within Objection to Confirmation by depositing a true copy thereof, properly enclosed in a securely closed and duly post paid wrapper in a depository regularly maintained by the United States Postal Service in the City of Buffalo, New York, directed as follows:

| | |
|---|---|
| GEORGE S. BEVINS, JR.<br>100 Starks Knob Rd<br>Schuylerville, NY 12871-1914 | Debtor |
| RONALD J. KIM, ESQ.<br>Law Offices of Ronald J. Kim<br>P.O. Box 318<br>Saratoga Springs, NY 12866 | Attorney for Debtor |

That on the 31st day of August, 2010, deponent served the within Objection to Confirmation via the Court's Electronic Filing System (ECF):

ANDREA E. CELLI, ESQ.            Chapter 13 Trustee
7 Southwoods Boulevard
Albany, NY 12211

_____
Rachel St. John

Subscribed and sworn to before me
this 31st day of August, 2010.

_____
Notary Public    Nancy J. Benzin
Notary Public - State of New York
Qualified in Erie County
My Comm. Expires Apr. 14, 2014