**SO ORDERED.**

**SIGNED this 01 day of November, 2010.**

_____
**ROBERT E. LITTLEFIELD, JR.
CHIEF UNITED STATES BANKRUPTCY JUDGE**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK**

In Re:

    George S. Bevins,                             Case No. 10-12856
                                                         (Chapter 13)

                              Debtor(s)

### ORDER DISALLOWING CLAIM OF EXEMPTION

       Upon the Trustee's Notice of Objection to Debtor's Claim of Exemption by the Chapter 13 Trustee, Andrea E. Celli, and Bonnie S. Baker, Esq., having appeared on behalf of the Trustee in support of the motion, and the debtor having appeared by and through his attorney, Ronald J. Kim, Esq., and a hearing on the Trustee's Motion having been had on the 28th day of October, 2010, and the Court having considered the same and due deliberation having been had thereon, it is hereby

       ORDERED, that the debtor's claimed exemption for any asset value in excess of that allowed by Federal and State Law is hereby disallowed.

###