# *Exhibit "3"*

(Page 2 of 2)

Loan # 1256041290-106

## ASSIGNMENT OF MORTGAGE

County of ROCKLAND, State of New York

Assignor: Mortgage Electronic Registration Systems, Inc., as nominee for Alliance Mortgage Banking Corp., its successors and assigns, 3300 SW 34th Ave., Suite 101, Ocala, FL 34474

Assignee: HSBC Bank USA, National Association, as Trustee for NAAC Mortgage Pass-Through Certificates, Series 2007-1, 2929 Walden Avenue, Depew, NY 14043

Original Lender: Mortgage Electronic Registration Systems, Inc., as nominee for Alliance Mortgage Banking Corp., its successors and assigns

Mortgage made by JOSEFINA TINEO and DENICE GARCIA, dated the 5th day of December, 2006 in the amount of Four hundred and eight thousand seven hundred and fifty dollars ($408,750.00) and interest, recorded on the 22nd day of January, 2007 in the Office of the Clerk of the County of ROCKLAND at Certificate/Docket Number 2007-3055.

This said mortgage has not been otherwise assigned.

Property Address: 4 ANDREWS DRIVE, GARNERVILLE, NY 10923
SBL # 20.19-1-36

Know that All Men By These Present in consideration of the sum of One and No/100th Dollars and other good valuable consideration, paid to the above Named assignor, the receipt and sufficiency of which is hereby acknowledged the Said Assignor hereby assigns unto the above named Assignee the said Mortgage, and the full benefit of all the powers and of all the covenants and Provisions therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

*TO HAVE AND TO HOLD* the said Mortgage, and also the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.
*THIS* Assignment is not subject to the requirement of Section 275 of the Real Property Law because it is within the secondary mortgage market.
*IN WITNESS WHEREOF*, the Assignor has caused these presents to be signed by its duly authorized officer this 2nd day of October, 2009.

*IN PRESENCE OF*

Mortgage Electronic Registration Systems, Inc., as nominee for Alliance Mortgage Banking Corp., its successors and assigns

BY: _Elpiniki M. Bechakas_
Elpiniki M. Bechakas
Assistant Secretary and Vice President

State of New York
County of Erie   ss:

On the 2nd day of October, in the year 2009 before me, the undersigned, a notary public in and for said state, personally appeared Elpiniki M. Bechakas, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument.

Notary Public

57849

Mayra Magana
Notary Public State of New York
Qualified in Erie County
Lic. #01MA6300520
My Commission Expires July 27, 2013

Steven J. Baum, PC
220 Northpointe Pkwy., Suite B
Amherst, NY 14228

RvR

Loan # 1127003252-106

# ASSIGNMENT OF MORTGAGE

County of **SCHENECTADY**, State of New York

Assignor: **Mortgage Electronic Registration Systems, Inc., as nominee for American Brokers Conduit, its successors and assigns, 3300 SW 34th Ave Suite 101, Ocala, FL 34474**

Assignee: **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE MORGAN STANLEY MORTGAGE LOAN TRUST 2004-4, 300 Grand Ave , Los Angeles, CA 90071**

Original Lender: **Mortgage Electronic Registration Systems, Inc., as nominee for American Brokers Conduit, its successors and assigns**

Mortgage made by MICHAEL DOMBROWSKI, dated **the 25th day of February, 2004** in the amount of **Sixty two thousand four hundred dollars ($62,400.00)** and interest, recorded on **the 2nd day of March, 2004** in the Office of the Clerk of the County of SCHENECTADY at Liber **3294 of Mortgages at Page 168**.

This said mortgage has not been otherwise assigned.

Property Address: 1332 8TH AVENUE, SCHENECTADY, NY 12303          SBL # 49.62-5-4

Know that All Men By These Present in consideration of the sum of One and No/100th Dollars and other good valuable consideration, paid to the above Named assignor, the receipt and sufficiency of which is hereby acknowledged the Said Assignor hereby assigns unto the above named Assignee the said Mortgage, and the full benefit of all the powers and of all the covenants and Provisions therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

*TO HAVE AND TO HOLD* the said Mortgage, and also the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.
*THIS* Assignment is not subject to the requirement of Section 275 of the Real Property Law because it is within the secondary mortgage market.
*IN WITNESS WHEREOF,* the Assignor has caused these presents to be signed by its duly authorized officer this 10th day of August, 2009.

*IN PRESENCE OF*

                                        Mortgage Electronic Registration Systems, Inc., as
                                        nominee for American Brokers Conduit, its
                                        successors and assigns

                                        BY: *Elpiniki M. Bechakas*
                                        Elpiniki M. Bechakas
                                        Assistant Secretary and Vice President

State of New York
County of Erie          ss:
On the 10th day of August in the year 2009 before me, the undersigned, a notary public in and for said state, personally appeared Elpiniki M. Bechakas, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument and that such individual made such appearance before the undersigned in the _____.  *(Insert city or political subdivision and state or other place acknowledgment taken if acknowledgment is taken outside of New York State)*

Mayra Magana, Notary Public, State of New York

Qualified in Erie County, My Commission expires 07/27/2013

**FRONTIER**
ABSTRACT & TITLE SERVICES, INC.
30 W. BROAD STREET SUITE 100
IRVING PLACE / OLD CITY HALL
ROCHESTER, NY 14614
716-955-6111

(Page 2 of 2)

Loan # 0203657481-708

## ASSIGNMENT OF MORTGAGE

County of ROCKLAND, State of New York

Assignor: Mortgage Electronic Registration Systems, Inc. as nominee for American Home Mortgage, its successors and assigns, 3300 SW 34th Avenue Suite 101, Ocala, FL 34474

Assignee: Wells Fargo Bank, N.A., 3476 Stateview Boulevard , Ft Mill, SC 29715

Original Lender: Mortgage Electronic Registration Systems, Inc. as nominee for American Home Mortgage, its successors and assigns

Mortgage made by JEAN MOREL SAINCYR, dated the 8th day of December, 2006 in the amount of Three hundred and eighty five thousand seven hundred dollars ($385,700.00) and interest, recorded on the 9th day of January, 2007 in the Office of the Clerk of the County of ROCKLAND at Certificate/Docket Number 2007-1314.

This said mortgage has not been otherwise assigned.

Property Address: 26 DIVISION AVENUE, SPRING VALLEY, NY 10977
SBL # 57.63-2-65

Know that All Men By These Present in consideration of the sum of One and No/100th Dollars and other good valuable consideration, paid to the above Named assignor, the receipt and sufficiency of which is hereby acknowledged the Said Assignor hereby assigns unto the above named Assignee the said Mortgage, and the full benefit of all the powers and of all the covenants and Provisions therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

*TO HAVE AND TO HOLD* the said Mortgage, and also the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.
*THIS* Assignment is not subject to the requirement of Section 275 of the Real Property Law because it is within the secondary mortgage market.
*IN WITNESS WHEREOF*, the Assignor has caused these presents to be signed by its duly authorized officer this 23 day of June, 2009.

*IN PRESENCE OF*

Mortgage Electronic Registration Systems, Inc. as nominee for American Home Mortgage, its successors and assigns

BY: _Elpiniki M Bechaas_
Elpiniki M. Bechakas
Assistant Secretary and Vice President

State of New York
County of Erie  ss:
On the 23 day of June in the year 2009 before me, the undersigned, a notary public in and for said state, personally appeared Elpiniki M. Bechakas, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument.

_Carmen Arwali_
Notary Public

CARMEN ARWALI
Notary Public, State of New York
Qualified in Erie County
My Commission Expires March 7, 2010

Pillar Processing, LLC
220 Northpointe Pkwy., Suite B
Amherst, NY 14228

R 1A

C4431

*ASSIGNMENT OF MORTGAGE*

**BLUE TITLE SERVICES, LLC**
30 W. BROAD ST., SUITE 102
OLD CITY HALL / IRVING PLACE
ROCHESTER, NY 14614

County of **SCHENECTADY**, State of New York

Assignor: **Mortgage Electronic Registration Systems Inc., as nominee for American Home Mortgage Acceptance, Inc., its successors and assigns, 3300 SW 34th Ave Suite 101, Ocala, FL 34474**

Assignee: **Deutsche Bank Trust Company Americas as Trustee, 300 Grand Ave , Los Angeles, CA 90071**

Original Lender: **Mortgage Electronic Registration Systems Inc., as nominee for American Home Mortgage Acceptance, Inc., its successors and assigns**

Mortgage made by **ERIC NELSON** dated **the 11th day of August, 2005** in the amount of **Fifty nine thousand five hundred and twenty dollars ($59,520.00)** and interest recorded on the **18th day of August, 2005** in the Office of the Clerk of the County of **SCHENECTADY at Liber 3539 of Mortgages at Page 43.**

This said mortgage has not been otherwise assigned.

Property Address: 618 HATTIE STREET, SCHENECTADY, NY 12303
SBL # 39.58-1-5

Know that All Men By These Present in consideration of the sum of One and No/100th Dollars and other good valuable consideration, paid to the above Named assignor, the receipt and sufficiency of which is hereby acknowledged the Said Assignor hereby assigns, unto the above named Assignee the said Mortgage, and the full benefit of all the powers and of all the covenants and Provisions therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

*TO HAVE AND TO HOLD* the said Mortgage, and also the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.
*THIS* Assignment is not subject to the requirement of Section 275 of the Real Property Law because it is within the secondary mortgage market.
*IN WITNESS WHEREOF*, the Assignor has caused these presents to be signed by its duly authorized officer this 9th day of March, 2010.

*IN PRESENCE OF*

Mortgage Electronic Registration Systems Inc., as nominee for American Home Mortgage Acceptance, Inc., its successors and assigns

BY: _~Elpiniki M. Bechakas~_
Elpiniki M. Bechakas
Assistant Secretary and Vice President

MORT Book 4116 Page 427
Doc No 2010-4440

State of New York
County of Erie  ss:
On the 9th day of March in the year 2010 before me, the undersigned, a notary public in and for said state, personally appeared Elpiniki M. Bechakas personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument.

_Jeanette Sheliga_
Notary Public

Jeanette Sheliga
Notary Public State of New York
Qualified in Niagara County
My Commission Expires July 27, 2013



**FRONTIER**
ABSTRACT AND RESEARCH SERVICES, INC.
30 W. BROAD STREET SUITE 100
IRVING PLACE / OLD CITY HALL
ROCHESTER, NY 14614
716-955-6111

Loan # 7433314887

## ASSIGNMENT OF MORTGAGE

County of **SCHENECTADY**, State of New York

Assignor: **Mortgage Electronic Registration Systems, Inc. as nominee for American Mortgage Express Corp. its successors and assigns, 3300 SW 34th Avenue Suite 101, Ocala, FL 34474**

Assignee: **Deutsche Bank Trust Company Americas fka Bankers Trust Company as Trustee, 300 Grand Avenue , Los Angeles, CA 90071**

Original Lender: **Mortgage Electronic Registration Systems, Inc. as nominee for American Mortgage Express Corp. its successors and assigns**

Mortgage made by DAVID BIANCHI, dated **the 1st day of October, 2001** in the amount of **Thirty three thousand six hundred dollars ($33,600.00)** and interest, recorded on **the 25th day of October, 2001** in the Office of the Clerk of the County of **SCHENECTADY** at Liber 2888 of Mortgages at Page 201.

This said mortgage has not been otherwise assigned.

Property Address: 337 PAIGE STREET, SCHENECTADY, NY 12307

Know that All Men By These Present in consideration of the sum of One and No/100th Dollars and other good valuable consideration, paid to the above Named assignor, the receipt and sufficiency of which is hereby acknowledged the Said Assignor hereby assigns unto the above named Assignee the said Mortgage, and the full benefit of all the powers and of all the covenants and Provisions therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

*TO HAVE AND TO HOLD* the said Mortgage, and also the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.
*THIS* Assignment is not subject to the requirement of Section 275 of the Real Property Law because it is within the secondary mortgage market.
*IN WITNESS WHEREOF*, the Assignor has caused these presents to be signed by its duly authorized officer this 8th day of January, 2010.

*IN PRESENCE OF*

Mortgage Electronic Registration Systems, Inc. as nominee for American Mortgage Express Corp. its successors and assigns

BY: _Elpiniki M Bechakas_
Elpiniki M. Bechakas
Assistant Secretary and Vice President

State of New York
County of Erie                                        ss:
On the 8th day of January in the year 2010 before me, the undersigned, a notary public in and for said state, personally appeared Elpiniki M. Bechakas, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument.

_Jeanette Sheliga_
Notary Public

Jeanette Sheliga
Notary Public State of New York
Qualified in Niagara County
My Commission Expires July 27, 2013

MORT Book 4104
Doc No 2010
13131 Page 686

(Page 2 of 3)



Loan # 0205116387-708

## ASSIGNMENT OF MORTGAGE

County of ROCKLAND, State of New York

Assignor: Mortgage Electronic Registration Systems, Inc. as nominee for Equity One Mortgage Corporation, its successors and assigns, 3300 SW 34th Ave. Suite 101, Ocala, FL 34474

Assignee: Wells Fargo Bank, N.A., 1200 West Parkland Ave., Milwaukee, WI 53224

Original Lender: Wilmington Finance, a division of AIG FSB

Mortgage made by HAREN A. MAIN, LESLEY A. MAIN, dated the 22nd day of June, 2004 in the amount of Two hundred and eighty thousand dollars ($280,000.00) and interest, recorded on the 2nd day of July, 2004 in the Office of the Clerk of the County of ROCKLAND at Instrument Number 2004-43584. Said mortgage was assigned from Wilmington Finance, a division of AIG FSB to Mortgage Electronic Registration Systems, Inc. by Assignment of Mortgage recorded on the 14th day of January 2005 at Instrument Number 2005-2709.

Mortgage made by HAREN A. MAIN, LESLEY A. MAIN, given to Mortgage Electronic Registration Systems, Inc. as nominee for Equity One Mortgage Corporation, dated the 23rd day of May, 2007 in the amount of Seventy seven thousand eight hundred and eighty five dollars and ninety one cents ($77,885.91) and interest, recorded on the 1st day of June, 2007 in the Office of the Clerk of the County of ROCKLAND at Instrument Number 2007-28299. Said mortgage was consolidated with mortgage recorded at Instrument Number 2004-43584 by Consolidation Agreement dated on the 23rd day of May 2007, recorded the 1st day of June, 2007 at Instrument Number 2007-28300 to form a single lien in the amount of Three hundred and forty seven thousand dollars ($347,000.00) and interest.

Property Address: 2 SEBASTIAN COURT, SLOATSBURG, NY 10974
SBL # 38.58-1-1.1

Know that All Men By These Present in consideration of the sum of One and No/100th Dollars and other good valuable consideration, paid to the above Named assignor, the receipt and sufficiency of which is hereby acknowledged the Said Assignor hereby assigns unto the above named Assignee the said Mortgage, and the full benefit of all the powers and of all the covenants and Provisions therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

*TO HAVE AND TO HOLD* the said Mortgage, and also the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.
*THIS* Assignment is not subject to the requirement of Section 275 of the Real Property Law because it is within the secondary mortgage market.

62917

Pillar Processing, LLC
220 Northpointe Pkwy., Suite B
Amherst, NY 14228

2 * 30

(Page 3 of 3)

*IN WITNESS WHEREOF*, the Assignor has caused these presents to be signed by its duly authorized officer this 3rd day of June, 2009.

*IN PRESENCE OF*

Mortgage Electronic Registration Systems, Inc. as nominee for Equity One Mortgage Corporation, its successors and assigns

BY: _____

Elpiniki M. Bechakas
Assistant Secretary and Vice President

State of New York
County of Erie    ss:

On the 3rd day of June in the year 2009 before me, the undersigned, a notary public in and for said state, personally appeared Elpiniki M. Bechakas, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
Notary Public

KELLY L. HAVERNICK
Notary Public, State Of New York
Qualified In Erie County
My Commission Expires July, 28 20__

Loan # 7439424250

## *ASSIGNMENT OF MORTGAGE*

County of BRONX, State of New York

Assignor: Mortgage Electronic Registration Systems, Inc., as nominee for Fairfield Financial Mortgage Group, Inc., its successors and assigns, 3300 SW 34th Ave Suite 101, Ocala, FL 34474

Assignee: The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank N.A. as Trustee for RAMP 2005RS7, 1 Wall St. , New York, NY 10286

Original Lender: Mortgage Electronic Registration Systems, Inc., as nominee for Fairfield Financial Mortgage Group, Inc., its successors and assigns

Mortgage made by EDWARD P. FABIAN, ARACELIS C. FABIAN, dated the 31st day of March, 2005 in the amount of Four hundred and eighty thousand dollars ($480,000.00) and interest, recorded on the 28th day of April, 2005 in the Office of the Clerk of the County of BRONX at CRFN 2005000247199.

This said mortgage has not been otherwise assigned.

Property Address: 2455 GUNTHER AVENUE, BRONX, NY 10469
SBL # Block 4490 Lot 37

Know that All Men By These Present in consideration of the sum of One and No/100th Dollars and other good valuable consideration, paid to the above Named assignor, the receipt and sufficiency of which is hereby acknowledged the Said Assignor hereby assigns unto the above named Assignee the said Mortgage, and the full benefit of all the powers and of all the covenants and Provisions therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

*TO HAVE AND TO HOLD* the said Mortgage, and also the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.
*THIS* Assignment is not subject to the requirement of Section 275 of the Real Property Law because it is within the secondary mortgage market.
*IN WITNESS WHEREOF*, the Assignor has caused these presents to be signed by its duly authorized officer this _27th_ day of January, 2009.

*IN PRESENCE OF*

Mortgage Electronic Registration Systems, Inc., as nominee for Fairfield Financial Mortgage Group, Inc., its successors and assigns

BY: _Elpiniki M. Bechakas_
Elpiniki M. Bechakas
Assistant Secretary and Vice President

State of New York
County of Erie                                    ss:
On the _27th_ day of January in the year 2009 before me, the undersigned, a notary public in and for said state, personally appeared Elpiniki M. Bechakas, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument and that such individual made such appearance before the undersigned in the _____. (Insert city or political subdivision and state or other place acknowledgment taken— if acknowledgment is taken outside of New York State)

_Janise D. Destro_ _____ Notary Public

Janise D. Destro
Notary Public, State of New York
Qualified in Erie County
My Comm. Exp. 8/13/20__11

MORT Book 3928 Page 203
Doc No 2008-1991

# *ASSIGNMENT OF MORTGAGE*

*KNOW*, that **Mortgage Electronic Registration Systems, Inc. as nominee for First Franklin, a division of National City Bank of Indiana its successors and assigns, 64318 Miller Road , Flint, MI 48501**, Assignor in consideration of One or More Dollars ($1.00) paid by **Deutsche Bank National Trust Company, as Trustee for First Frankliln Mortgage Loan Trust 2006-FF11, 300 Grand Avenue , Los Angeles, CA 90071**, Assignee, hereby assigns unto the Assignee, a certain mortgage made by **RAVI SHIVNATH**, given to **Mortgage Electronic Registration Systems, Inc. as nominee for First Franklin, a division of National City Bank of Indiana its successors and assigns**, to secure the sum of **Seventy nine thousand five hundred dollars ($79,500.00)** and interest, dated the **18th day of May, 2006**, recorded on **the 30th day of May, 2006**, in the Office of the Clerk of the County of **SCHENECTADY** at **Liber 3669** of Mortgages at **Page 387** covering premises commonly known as **62 WYLLIE STREET, SCHENECTADY, NY 12304** (said premises are more particularly described in said mortgage) together with the bond or obligation described in said mortgage, and the moneys due and to grow thereon with interest.

*TO HAVE AND TO HOLD* the same unto the assignee, and to the successors, legal representatives and assigns of the assignee forever.

*THIS* Assignment is not subject to the requirement of Section 275 of the Real Property Law because it is within the secondary mortgage market.

*IN WITNESS WHEREOF*, the Assignor has caused these presents to be signed by its duly authorized officer this ___ day of April, 2008.

*IN PRESENCE OF*

Mortgage Electronic Registration Systems, Inc. as nominee for First Franklin, a division of National City Bank of Indiana its successors and assigns

BY: _____
Elpiniki Bechakas
Assistant Secretary and Vice President

State of New York
County of Erie            ss:
On the ___ day of April in the year 2008 before me, the undersigned, a notary public in and for said state, personally appeared Elpiniki Bechakas, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument and that such individual made such appearance before the undersigned in the _____.
*(Insert city or political subdivision and state or other place acknowledgment taken--- if acknowledgment is taken outside of New York State)*

_____
Notary Public
Loan # 1300013207-106
SBL # 49.49-2-32

JAMIE CANELLA
NOTARY PUBLIC. STATE OF NEW YORK
REGISTRATION No. 01CA6121112
QUALIFIED IN ERIE COUNTY
My Commission Expires January 10, 20_09


FRONTIER
ABSTRACT AND RECORDING SERVICES, INC.
30 W. BROAD STREET SUITE 100
IRVING PLACE / OLD CITY HALL
ROCHESTER, NY 14614
716-955-6111

Loan # 7440077220

## *ASSIGNMENT OF MORTGAGE*

County of **SCHENECTADY**, State of New York

Assignor: **Mortgage Electronic Registration Systems, Inc., as nominee for Homestead Funding Corp. d/b/a First Niagara Mortgage its successors and assigns, 3300 SW 34th Avenue Suite 101, Ocala, FL 34474**

Assignee: **Deutsche Bank Trust Company as trustee, 300 Grand Avenue , Los Angeles, CA 90071**

Original Lender: **Mortgage Electronic Registration Systems, Inc., as nominee for Homestead Funding Corp. d/b/a First Niagara Mortgage its successors and assigns**

Mortgage made by NAIPAUL NEEMCHARAN, dated **the 2nd day of September, 2005** in the amount of **Seventy one thousand three hundred and seventy nine dollars ($71,379.00)** and interest, recorded on the 8th day of September, 2005 in the Office of the Clerk of the County of **SCHENECTADY** at Liber 3549 of Mortgages at Page 260.

This said mortgage has not been otherwise assigned.

Property Address: 214 DUANE AVENUE, SCHENECTADY, NY 12307
SBL # 49.49-1-4

Know that All Men By These Present in consideration of the sum of One and No/100th Dollars and other good valuable consideration, paid to the above Named assignor, the receipt and sufficiency of which is hereby acknowledged the Said Assignor hereby assigns unto the above named Assignee the said Mortgage, and the full benefit of all the powers and of all the covenants and Provisions therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

*TO HAVE AND TO HOLD* the said Mortgage, and also the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.
*THIS* Assignment is not subject to the requirement of Section 275 of the Real Property Law because it is within the secondary mortgage market.
*IN WITNESS WHEREOF*, the Assignor has caused these presents to be signed by its duly authorized officer this 10th day of December, 2009.

*IN PRESENCE OF*

Mortgage Electronic Registration Systems, Inc., as nominee for Homestead Funding Corp. d/b/a First Niagara Mortgage its successors and assigns

BY: _____
Elpiniki M. Bechakas
Assistant Secretary and Vice President

30 W. BROAD STREET SUITE 100
IRVING PLACE / OLD CITY HALL
ROCHESTER, NY 14614
716-955-6111

State of New York
County of Erie  ss:
On the 10th day of December, in the year 2009 before me, the undersigned, a notary public in and for said state, personally appeared Elpiniki M. Bechakas, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
Notary Public

Mayra Magana
Notary Public State of New York
Qualified in Erie County
Lic. #01MA6209520
My Commission Expires July 27, 2013

Loan # 1279025819-106

**ASSIGNMENT OF MORTGAGE**  FRONTIER
ABSTRACT AND RESEARCH SERVICES, INC.
30 W. BROAD STREET SUITE 100
IRVING PLACE / OLD CITY HALL
ROCHESTER, NY 14614
716-955-6111

County of **SCHENECTADY**, State of New York

Assignor: **Mortgage Electronic Registration Systems, Inc., as nominee for Fremont Investment & Loan, its successors and assigns, 3300 SW 34th Avenue Suite 101, Ocala, FL 34474**

Assignee: **Deutsche Bank National Trust Company, as Trustee for Fremont Home Loan Trust Series 2006-3, 300 Grand Avenue , Los Angeles, CA 90071**

Original Lender: **Mortgage Electronic Registration Systems, Inc., as nominee for Fremont Investment & Loan, its successors and assigns**

Mortgage made by BHASKAR PARSAN, dated the 4th day of August, 2006 in the amount of **One hundred and thirty one thousand seven hundred and fifty dollars ($131,750.00)** and interest, recorded on the 18th day of August, 2006 in the Office of the Clerk of the County of **SCHENECTADY** at Liber 3706 of Mortgages at Page 221.

This said mortgage has not been otherwise assigned.

Property Address: 1118 MCCLELLAN STREET, SCHENECTADY, NY 12309
SBL # 50.21-2-6

Know that All Men By These Present in consideration of the sum of One and No/100th Dollars and other good valuable consideration, paid to the above Named assignor, the receipt and sufficiency of which is hereby acknowledged the Said Assignor hereby assigns unto the above named Assignee the said Mortgage, and the full benefit of all the powers and of all the covenants and Provisions therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

*TO HAVE AND TO HOLD* the said Mortgage, and also the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.
*THIS* Assignment is not subject to the requirement of Section 275 of the Real Property Law because it is within the secondary mortgage market.
*IN WITNESS WHEREOF*, the Assignor has caused these presents to be signed by its duly authorized officer this 12th day of January, 2010.

*IN PRESENCE OF*

Mortgage Electronic Registration Systems, Inc., as nominee for Fremont Investment & Loan, its successors and assigns

BY: _Elan M. Bechaus_
Elpiniki M. Bechakas
Assistant Secretary and Vice President

State of New York
County of Erie    ss:
On the 12th day of January, in the year 2010 before me, the undersigned, a notary public in and for said state, personally appeared Elpiniki M. Bechakas, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person(s) upon behalf of which the individual(s) acted, executed the instrument.

_Jeanette Sheliga_
Notary Public
Jeanette Sheliga
Notary Public State of New York
Qualified In Niagara County
My Commission Expires July 27, 2013

MORT Book 4104 Page 674
Doc No 2010-1255

Loan # 1279025690-106

# ASSIGNMENT OF MORTGAGE

County of **SCHENECTADY**, State of New York

Assignor: **Mortgage Electronic Registration Systems, Inc., as nominee for Fremont Investment and Loan its successors and assigns, 3300 SW 34th Ave Suite 101, Ocala, FL 34474**

Assignee: **Deutsche Bank National Trust Company as trustee for Fremont Home Loan Trust Series 2006-3, 300 Grand Ave , Los Angeles, CA 90071**

Original Lender: **Mortgage Electronic Registration Systems, Inc., as nominee for Fremont Investment and Loan its successors and assigns**

Mortgage made by TINA M. PREWITT, dated **the 28th day of July, 2006** in the amount of **One hundred and sixty two thousand dollars ($162,000.00)** and interest, recorded on the 2nd day of August, 2006 in the Office of the Clerk of the County of **SCHENECTADY at Liber 3697 of Mortgages at Page 977.**

This said mortgage has not been otherwise assigned.

Property Address: 1772 MAIN STREET, DELANSON, NY 12053
SBL # 65.84-1-3

Know that All Men By These Present in consideration of the sum of One and No/100th Dollars and other good valuable consideration, paid to the above Named assignor, the receipt and sufficiency of which is hereby acknowledged the Said Assignor hereby assigns unto the above named Assignee the said Mortgage, and the full benefit of all the powers and of all the covenants and Provisions therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

*TO HAVE AND TO HOLD* the said Mortgage, and also the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.
*THIS* Assignment is not subject to the requirement of Section 275 of the Real Property Law because it is within the secondary mortgage market:
*IN WITNESS WHEREOF*, the Assignor has caused these presents to be signed by its duly authorized officer this ___12___ day of September, 2008.

*IN PRESENCE OF*



FRONTIER
ABSTRACT AND RESEARCH SERVICES, INC.
90 W. BROAD STREET SUITE 100
IRVING PLACE / OLD CITY HALL
ROCHESTER, NY 14614
716-955-6111

Mortgage Electronic Registration Systems, Inc., as nominee for Fremont Investment and Loan its successors and assigns

BY: _Elpiniki Bechakas_
Elpiniki Bechakas
Assistant Secretary and Vice President

State of New York
County of Erie    ss:
On the ___12___ day of September in the year 2008 before me, the undersigned, a notary public in and for said state, personally appeared Elpiniki Bechakas personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument and that such individual made such appearance before the undersigned in the _____. (Insert city or political subdivision and state or other place acknowledgment taken--- if acknowledgment is taken outside of New York State)

Notary Public

**JAMIE CANELLA**
NOTARY PUBLIC, STATE OF NEW YORK
REGISTRATION No. 01CA6121112
QUALIFIED IN ERIE COUNTY
My Commission Expires January 10, 20__09__

# ASSIGNMENT OF MORTGAGE

*KNOW*, that **Mortgage Electronic Registration Systems, Inc., as nominee for Fremont Investment & Loan, its successors and assigns, 64318 Miller Road, Flint, MI 48501**, Assignor in consideration of One or More Dollars ($1.00) paid by **Deutsche Bank National Trust Company, as Trustee for Fremont Home Loan Trust Series 2006-3, 300 Grand Avenue, Los Angeles, CA 90071**, Assignee, hereby assigns unto the Assignee, a certain mortgage made by **TAMMY STALLINGS**, given to **Mortgage Electronic Registration Systems, Inc., as nominee for Fremont Investment & Loan, its successors and assigns**, to secure the sum of **Eighty seven thousand five hundred dollars ($87,500.00)** and interest, dated the **25th day of July, 2006**, recorded on **the 2nd day of August 2006** in the Office of the Clerk of the County of **SCHENECTADY** at Liber 3697 of Mortgages at **Page 918** covering premises commonly known as **3621 ALBANY STREET, SCHENECTADY, NY 12304** (said premises are more particularly described in said mortgage) together with the bond or obligation described in said mortgage, and the moneys due and to grow thereon with interest.

*TO HAVE AND TO HOLD* the same unto the assignee, and to the successors, legal representatives and assigns of the assignee forever.

*THIS* Assignment is not subject to the requirement of Section 275 of the Real Property Law because it is within the secondary mortgage market.

*IN WITNESS WHEREOF*, the Assignor has caused these presents to be signed by its duly authorized officer this ⎍⎍ day of March, 2008.

*IN PRESENCE OF*

MORT Book 3924 Page 398
Doc No 2008-517

Mortgage Electronic Registration Systems, Inc., as nominee for Fremont Investment & Loan, its successors and assigns

BY: _____
Elpiniki Bechakas
Assistant Secretary and Vice President

State of New York
County of Erie  ss:
On the ⎍⎍ day of March in the year 2008 before me, the undersigned, a notary public in and for said state, personally appeared Elpiniki Bechakas, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument and that such individual made such appearance before the undersigned in the _____.
*(Insert city or political subdivision and state or other place acknowledgment taken— if acknowledgment is taken outside of New York State)*

Notary Public

Loan # 1279025492-106
SBL # 60.17-1-29
**FRONTIER**
ABSTRACT AND TITLE SERVICES, INC.
30 W. BROAD STREET SUITE 100
IRVING PLACE / OLD CITY HALL
ROCHESTER, NY 14614
716-955-6111

**JAMIE CANELLA**
NOTARY PUBLIC, STATE OF NEW YORK
REGISTRATION No. 01CA6121112
QUALIFIED IN ERIE COUNTY
My Commission Expires January 10, 20__

Loan # 7437117534

## ASSIGNMENT OF MORTGAGE

County of **SCHENECTADY**, State of New York

Assignor: **Mortgage Electronic Registration Systems, Inc., its successors and assigns, 3300 SW 34th Avenue Suite 101, Ocala, FL 34474**

Assignee: **DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR RALI 2004QS1, 300 Grand Avenue, Los Angeles, CA 90071**

Original Lender: **Homestead Funding Corp**

Mortgage made by DANIEL J.KUBAN, dated **the 5th day of December, 2003** in the amount of **Seventy two thousand dollars ($72,000.00)** and interest, recorded on **the 4th day of February, 2004** in the Office of the Clerk of the County of **SCHENECTADY at Liber 3281 of Mortgages at Page 839**. Said mortgage was assigned from Homestead Funding Corp., to **Mortgage Electronic Registration Systems, Inc.,** by Assignment of Mortgage recorded on the 29th day of December, 2004 in the Office of the Clerk of the County of **SCHENECTADY at Liber 3354 of Mortgages at Page 467**.

This said mortgage has not been otherwise assigned.

Property Address: 1715-1717 EASTERN PARKWAY, SCHENECTADY, NY 12309
SBL # 50.29-1-23

Know that All Men By These Present in consideration of the sum of One and No/100th Dollars and other good valuable consideration, paid to the above Named assignor, the receipt and sufficiency of which is hereby acknowledged the Said Assignor hereby assigns unto the above named Assignee the said Mortgage, and the full benefit of all the powers and of all the covenants and Provisions therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

*TO HAVE AND TO HOLD* the said Mortgage, and also the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.
*THIS* Assignment is not subject to the requirement of Section 275 of the Real Property Law because it is within the secondary mortgage market.
*IN WITNESS WHEREOF,* the Assignor has caused these presents to be signed by its duly authorized officer this 28th day of May, 2009.

*IN PRESENCE OF*

Mortgage Electronic Registration Systems, Inc., its successors and assigns

BY: _Elpiniki M. Bechakas_
Elpiniki M. Bechakas
Assistant Secretary and Vice President

State of New York
County of Erie    ss:
On the 28th day of  May, in the year 2009 before me, the undersigned, a notary public in and for said state, personally appeared Elpiniki M. Bechakas, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument and that such individual made such appearance before the undersigned in the _____. *(Insert city or political subdivision and state or other place*
*acknowledgment taken--- if acknowledgment is taken outside of New York State)*

Notary Public
**KELLY I. HAVERNICK**
**Notary Public, State Of New York**
**Qualified In Erie County**
**My Commission Expires July, 28 20 09**

FRONTIER
30 W. BROAD STREET SUITE 100
IRVING PLACE / OLD CITY HALL
ROCHESTER NY 14614
716-935-6111

(Page 2 of 2)

Loan # 5659262

## ASSIGNMENT OF MORTGAGE

County of ROCKLAND, State of New York

Assignor: Mortgage Electronic Registration Systems, Inc., as nominee for HSBC Mortgage Corporation (USA), its successors and assigns, 3300 SW 34th Ave Suite 101, Ocal s, FL 34474

Assignee: Deutsche Bank Trust Company Americas, as Trustee, 300 Grand Ave , Los Angeles, CA 93065

Original Lender: Mortgage Electronic Registration Systems, Inc., as nominee for HSBC Mortgage Corporation (USA), its successors and assigns

Mortgage made by DANIEL J. COOPER, CHRISTINA M. COOPER, dated the 4th day of August, 2005 in the amount of Four hundred and fifty thousand dollars ($450,000.00) and interest, recorded on the 17th day of August, 2005 in the Office of the Clerk of the County of ROCKLAND at Instrument No 2005-45014.

This said mortgage has not been otherwise assigned.

Property Address: 60 SOUTH NAURAUSHAUN ROAD, ORANGETOWN, NY 10965
SBL # 69.18-3-40

Know that All Men By These Present in consideration of the sum of One and No/100th Dollars and other good valuable consideration, paid to the above Named assignor, the receipt and sufficiency of which is hereby acknowledged the Said Assignor hereby assigns unto the above named Assignee the said Mortgage, and the full benefit of all the powers and of all the covenants and Provisions therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and also the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.
THIS Assignment is not subject to the requirement of Section 275 of the Real Property Law because it is within the secondary mortgage market.
IN WITNESS WHEREOF, the Assignor has caused these presents to be signed by its duly authorized officer this ___12___ day of February, 2009.

IN PRESENCE OF

Mortgage Electronic Registration Systems, Inc., as nominee for HSBC Mortgage Corporation (USA), its successors and assigns

BY: _____
Elpiniki M. Bechakas
Assistant Secretary and Vice President

State of New York
County of Erie ss:
On the __12__ day of February in the year 2009 before me, the undersigned, a notary public in and for said state, personally appeared Elpiniki M. Bechakas personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument and that such individual made such appearance before the undersigned in the _____ (Insert city or political subdivision and state or other place acknowledgment taken— if acknowledgment is taken outside of New York State)

Notary Public

Jordan D. Derbo
Notary Public, State of New York
Qualified in Erie County
My Comm. Exp. 8/13/20__

54172

Pillar Processing, LLC
220 Northpointe Pkwy., Suite B
Amherst, NY 14228

(Page 2 of 2)

Loan # 5474182

## ASSIGNMENT OF MORTGAGE

County of ROCKLAND, State of New York

Assignor: Mortgage Electronic Registration Systems, Inc., as nominee for HSBC Mortgage Corporation (USA) its successors and assigns, 3300 SW 34th Ave Suite 101, Ocala, FL 34474

Assignee: HSBC Mortgage Corporation (USA), 2929 Walden Ave , Depew, NY 14043

Original Lender: Mortgage Electronic Registration Systems, Inc., as nominee for HSBC Mortgage Corporation (USA) its successors and assigns

Mortgage made by CHRISTOPHER J. KEOGH, ELIZABETH M. KEOGH, dated the 13th day of May, 2005 in the amount of Two hundred and forty thousand dollars ($240,000.00) and interest, recorded on the 20th day of May, 2005 in the Office of the Clerk of the County of ROCKLAND at Instrument No 2005-00027086.

This said mortgage has not been otherwise assigned.

Property Address: 41 NORTH MAIN STREET, ORANGETOWN, NY 10965
SBL # 68.16-1-63

Know that All Men By These Present in consideration of the sum of One and No/100th Dollars and other good valuable consideration, paid to the above Named assignor, the receipt and sufficiency of which is hereby acknowledged the Said Assignor hereby assigns unto the above named Assignee the said Mortgage, and the full benefit of all the powers and of all the covenants and Provisions therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

*TO HAVE AND TO HOLD* the said Mortgage, and also the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.
*THIS* Assignment is not subject to the requirement of Section 275 of the Real Property Law because it is within the secondary mortgage market.
*IN WITNESS WHEREOF*, the Assignor has caused these presents to be signed by its duly authorized officer this _00_ day of November, 2008.

*IN PRESENCE OF*

Mortgage Electronic Registration Systems, Inc. ,as
nominee for HSBC Mortgage Corporation (USA)
its successors and assigns

BY: _____
Elpiniki M. Bechakas
Assistant Secretary and Vice President

State of New York
County of Erie    ss:
On the _00_ day of November in the year 2008 before me, the undersigned, a notary public in and for said state, personally appeared Elpiniki M. Bechakas personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument and that such individual made such appearance before the undersigned in the _____ (Insert city or political subdivision and state or other place acknowledgment taken--- if acknowledgment is taken outside of New York State)

Notary Public

'51324

JAMIE CANELLA
NOTARY PUBLIC, STATE OF NEW YORK
REGISTRATION No 01CA6121112
QUALIFIED IN ERIE COUNTY
My Commission Expires January 10, 20__

Pillar Processing, LLC
220 Northpointe Pkwy., Suite B
Amherst, NY 14228

(Page 2 of 2)

Loan # 1860186367

## ASSIGNMENT OF MORTGAGE

County of ROCKLAND, State of New York

Assignor: Mortgage Electronic Registration Systems, Inc., as nominee for Lend America, its successors and assigns, 3300 SW 34th Avenue Suite 101, Ocala, FL 34474

Assignee: Chase Home Finance LLC, 3415 Vision Drive, Columbus, Ohio 43219

Original Lender: Mortgage Electronic Registration Systems, Inc., as nominee for Lend America, its successors and assigns

Mortgage made by MARIAN MILLER, AUBREY MILLER, dated the 26th day of May, 2007 in the amount of Three hundred and three thousand seven hundred and thirty eight dollars ($303,738.00) and interest, recorded on the 17th day of July, 2007 in the Office of the Clerk of the County of ROCKLAND at Certificate/Docket Number 2007-36229.

This said mortgage has not been otherwise assigned.

Property Address: 20 KENNEDY DRIVE, WEST HAVERSTRAW, NY 10993
SBL # 20.19-4-54

Know that All Men By These Present in consideration of the sum of One and No/100th Dollars and other good valuable consideration, paid to the above Named assignor, the receipt and sufficiency of which is hereby acknowledged the Said Assignor hereby assigns unto the above named Assignee the said Mortgage, and the full benefit of all the powers and of all the covenants and Provisions therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and also the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.
THIS Assignment is not subject to the requirement of Section 275 of the Real Property Law because it is within the secondary mortgage market.
IN WITNESS WHEREOF, the Assignor has caused these presents to be signed by its duly authorized officer this 16th day of June, 2009

IN PRESENCE OF

Mortgage Electronic Registration Systems, Inc., as nominee for Lend America, its successors and assigns

BY: _____
Elpiniki M. Bechakas
Assistant Secretary and Vice President

State of New York
County of Erie    ss:
On the 16th day of June, in the year 2009 before me, the undersigned, a notary public in and for said state, personally appeared Elpiniki M. Bechakas, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument and that such individual made such appearance before the undersigned in the _____ (Insert city or political subdivision and state or other place acknowledgment taken--- if acknowledgment is taken outside of New York State)

_____
Notary Public

MARJORIE LEWIS
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ERIE COUNTY
My Commission Expires July 02, 20[  ]

Pillar Processing, LLC
220 Northpointe Pkwy., Suite B
Amherst, NY 14228

C33-22

(Page 2 of 2)



# ASSIGNMENT OF MORTGAGE

KNOW, that Mortgage Electronic Registration Systems, Inc. as nominee for Mortgage Lenders Network USA, Inc., its successors and assigns, 64318 Miller Rd., Flint, MI 48501, Assignor in consideration of One or More Dollars ($1.00) paid by US Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-AM2, 180 East 5th St., St. Paul, MN 55101, Assignee, hereby assigns unto the Assignee, a certain mortgage made by MCALVIN GRANNUM, JACQUELINE GRANNUM, given to Mortgage Electronic Registration Systems, Inc. as nominee for Mortgage Lenders Network USA, Inc., its successors and assigns, to secure the sum of Five hundred and fifty three thousand dollars ($553,000.00) and interest, dated the 4th day of May 2006, recorded on the 9th day of June 2006 in the Office of the Clerk of the County of WESTCHESTER at Instrument Number 2006-00031010 covering premises commonly known as 8 HIGHVIEW AVE, NEW CITY, NY 10956 (said premises are more particularly described in said mortgage) together with the bond or obligation described in said mortgage, and the moneys due and to grow thereon with interest.

TO HAVE AND TO HOLD the same unto the assignee, and to the successors, legal representatives and assigns of the assignee forever.

THIS Assignment is not subject to the requirement of Section 275 of the Real Property Law because it is within the secondary mortgage market.

IN WITNESS WHEREOF, the Assignor has caused these presents to be signed by its duly authorized officer this 3ʳᵈ day of April, 2008.

IN PRESENCE OF

Mortgage Electronic Registration Systems, Inc. as nominee for Mortgage Lenders Network USA, Inc., its successors and assigns

BY: _____

Elpiniki Bechakas
Assistant Secretary and Vice President

State of New York
County of Erie  ss:
On the 3ʳᵈ day of April in the year 2008 before me, the undersigned, a notary public in and for said state, personally appeared Elpiniki Bechakas, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument and that such individual made such appearance before the undersigned in the _____
(Insert city or political subdivision and state or other place acknowledgment taken--- if acknowledgment is taken outside of New York State)

Loan # 1115038174-106
SBL # 42.7-3-7

Pillar Processing, LLC
...thpointe Plaza, Suite B
...herst, NY 14228

Notary Public

JAMIE CANELLA
NOTARY PUBLIC, STATE OF NEW YORK
REGISTRATION No 01CA6121112
QUALIFIED III ERIE COUNTY
My Commission Expires January 18, 20__



Loan # 1300027815-106

## *ASSIGNMENT OF MORTGAGE*

County of **SCHENECTADY**, State of New York

Assignor: **Mortgage Electronic Registration Systems, Inc. as nominee for New Century Mortgage Corporation, its successors and assigns, 3300 SW 34th Ave. Suite 101, Ocala, FL 34474**

Assignee: **Deutsche Bank National Trust Company, as Trustee for HSI Asset Securitization CORP Trust 2007-NC1, 300 Grand Ave., Los Angeles, CA 90071**

Original Lender: **Mortgage Electronic Registration Systems, Inc. as nominee for New Century Mortgage Corporation, its successors and assigns**

Mortgage made by JOHN T. ZABINSKI, JR., dated **the 12th day of October, 2006** in the amount of **Ninety four thousand five hundred dollars ($94,500.00)** and interest, recorded on **the 3rd day of November, 2006** in the Office of the Clerk of the County of **SCHENECTADY at Liber 3741 of Mortgages at Page 544.**

This said mortgage has not been otherwise assigned.

Property Address: 1002 GLENDALE PLACE, SCHENECTADY, NY 12303
SBL # 49.61-2-20

Know that All Men By These Present in consideration of the sum of One and No/100th Dollars and other good valuable consideration, paid to the above Named assignor, the receipt and sufficiency of which is hereby acknowledged the Said Assignor hereby assigns unto the above named Assignee the said Mortgage, and the full benefit of all the powers and of all the covenants and Provisions therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

*TO HAVE AND TO HOLD* the said Mortgage, and also the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.
*THIS* Assignment is not subject to the requirement of Section 275 of the Real Property Law because it is within the secondary mortgage market.
*IN WITNESS WHEREOF*, the Assignor has caused these presents to be signed by its duly authorized officer this 2nd day of October, 2009.

*IN PRESENCE OF*

Mortgage Electronic Registration Systems, Inc. as nominee for New Century Mortgage Corporation, its successors and assigns

BY: _____
Elpiniki M. Bechakas
Assistant Secretary and Vice President

State of New York
County of Erie    ss:
On the 2nd day of October, in the year 2009 before me, the undersigned, a notary public in and for said state, personally appeared Elpiniki M. Bechakas, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
Notary Public

Jeanette Sheliga
Notary Public State of New York
Qualified In Niagara County
My Commission Expires July 27, 2013

(Page 2 of 2)

Loan # 1205807563-106

## ASSIGNMENT OF MORTGAGE

County of ROCKLAND, State of New York

Assignor: Mortgage Electronic Registration Systems, Inc., as nominee for NJ Lenders Corp. its successors and assigns,
3300 SW 34th Avenue Suite 101, Ocala, FL 34474

Assignee: Wachovia Bank, National Association, 301 North Main Street , Winston-Salem, NC 27102

Original Lender: Mortgage Electronic Registration Systems, Inc., as nominee for NJ Lenders Corp. Its successors and
assigns

Mortgage made by COMPTON MADDUX, EVE MADDUX, dated the 17th day of December, 2004 in the amount of Four
hundred and fifteen thousand dollars ($415,000.00) and interest, recorded on the 19th day of January, 2005 in the Office of
the Clerk of the County of ROCKLAND at Certificate/Docket Number 2005-3496.

This said mortgage has not been otherwise assigned.

Property Address: 97 1ST AVENUE, NYACK, NY 10960
SBL # 66.30-3-13

Know that All Men By These Present in consideration of the sum of One and No/100th Dollars and other good valuable
consideration, paid to the above Named assignor, the receipt and sufficiency of which is hereby acknowledged the Said Assignor
hereby assigns unto the above named Assignee the said Mortgage, and the full benefit of all the powers and of all the covenants
and Provisions therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's
beneficial interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and also the said property unto the said Assignee forever, subject to the terms
contained in said Mortgage.
THIS Assignment is not subject to the requirement of Section 275 of the Real Property Law because it is within the secondary
mortgage market.
IN WITNESS WHEREOF, the Assignor has caused these presents to be signed by its duly authorized officer this 21st day of
September, 2009.

IN PRESENCE OF

                                        Mortgage Electronic Registration Systems, Inc., as
                                        nominee for NJ Lenders Corp. Its successors and
                                        assigns

                                        BY: _____
                                        Elpiniki M. Bechakas
                                        Assistant Secretary and Vice President

State of New York
County of Erie   ss:
On the 21st day of September, in the year 2009 before me, the undersigned, a notary public in and for said state, personally
appeared Elpiniki M. Bechakas, personally known to me or proved to me on the basis of satisfactory evidence to be the
individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed
the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person
upon behalf of which the individual(s) acted, executed the instrument.

_____                    Pillar Processing, LLC
Notary Public                              220 Northpointe Pkwy., Suite B
                                           Amherst, NY 14228

            Jeanette Sheliga
        Notary Public State of New York         RrR
         Qualified in Niagara County
      My Commission Expires July 27, 2013

72237

(Page 2 of 2)

Loan # 0207141086-708

## ASSIGNMENT OF MORTGAGE

County of ROCKLAND, State of New York

Assigns: Mortgage Electronic Registration Systems, Inc., as nominee for Premium Capital Funding, LLC d/b/a TopDot Mortgage its successors and assigns. 3300 SW 34th Avenue Suite 101, Ocala, FL 34474

Assignee: Wells Fargo Bank, N.A., 3476 Stateview Blvd. , Ft. Mill, SC 29715

Original Lender: Mortgage Electronic Registration Systems, Inc., as nominee for Premium Capital Funding, LLC d/b/a TopDot Mortgage its successors and assigns

Mortgage made by NANNETTE L. ZIFFER and EVELYN ZIFFER, dated the 10th day of January, 2008 in the amount of Two hundred and forty three thousand six hundred dollars ($243,600.00) and interest, recorded on the 19th day of February, 2008 in the Office of the Clerk of the County of ROCKLAND at Instrument No.: 2008-7628.

This said mortgage has not been otherwise assigned.

Property Address: 52 MILFORD LANE, SUFFERN, NY 10901
SBL # 55.55-1-1.-302

Know that All Men By These Present in consideration of the sum of One and No/100th Dollars and other good valuable consideration, paid to the above Named assignor, the receipt and sufficiency of which is hereby acknowledged the Said Assignor hereby assigns unto the above named Assignee the said Mortgage, and the full benefit of all the powers and of all the covenants and Provisions therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

*TO HAVE AND TO HOLD* the said Mortgage, and also the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.
*THIS* Assignment is not subject to the requirement of Section 275 of the Real Property Law because it is within the secondary mortgage market.
*IN WITNESS WHEREOF,* the Assignor has caused these presents to be signed by its duly authorized officer this 10th day of December, 2009.

*IN PRESENCE OF*

Mortgage Electronic Registration Systems, Inc., as
nominee for Premium Capital Funding, LLC d/b/a
TopDot Mortgage its successors and assigns

BY: _____
Elpiniki M. Bechakas
Assistant Secretary and Vice President

State of New York
County of Erie    ss:
On the 10th day of December, in the year 2009 before me, the undersigned, a notary public in and for said state, personally appeared Elpiniki M. Bechakas, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument.

Notary Public

RxR

Steven J. Baum, P.C.
220 Northpointe Pkwy., Suite B
Amherst, NY 14228
T2709

Mayra Megano
Notary Public State of New York
Qualified in Erie County
Lic. #01MA6309520
My Commission Expires July 27, 2013

(Page 2 of 2)

Loan # 1466007973

## ASSIGNMENT OF MORTGAGE

County of ROCKLAND, State of New York

Assignor: Mortgage Electronic Systems, Inc. as nominee for Real Estate Mortgage Network, Inc., its successors and assigns, 3300 SW 34th Avenue Suite 101, Ocala, FL 34474

Assignee: Chase Home Finance LLC, 3415 Vision Drive , Columbus, OH 43219

Original Lender: Mortgage Electronic Systems, Inc. as nominee for Real Estate Mortgage Network, Inc., its successors and assigns

Mortgage made by THOMAS HAMPTON, dated the 4th day of October, 2004 in the amount of Two hundred and twenty thousand dollars ($220,000.00) and interest, recorded on the 25th day of October, 2004 in the Office of the Clerk of the County of ROCKLAND at Certificate/Docket Number 2004-67780

This said mortgage has not been otherwise assigned.

Property Address: 45 RIVERSIDE AVENUE, HAVERSTRAW, NY 10927
SBL # 35.06-1-37

Know that All Men By These Present in consideration of the sum of One and No/100th Dollars and other good valuable consideration, paid to the above Named assignor, the receipt and sufficiency of which is hereby acknowledged the Said Assignor hereby assigns unto the above named Assignee the said Mortgage, and the full benefit of all the powers and of all the covenants and Provisions therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

*TO HAVE AND TO HOLD* the said Mortgage, and also the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.
*THIS* Assignment is not subject to the requirement of Section 275 of the Real Property Law because it is within the secondary mortgage market.
*IN WITNESS WHEREOF*, the Assignor has caused these presents to be signed by its duly authorized officer this 29th day of April, 2009.

*IN PRESENCE OF*

Mortgage Electronic Systems, Inc. as nominee for
Real Estate Mortgage Network, Inc., its successors
and assigns

BY: _Elpiniki M. Bechakas_
Elpiniki M. Bechakas
Assistant Secretary and Vice President

State of New York
County of Erie    ss:
On the 29th day of April in the year 2009 before me, the undersigned, a notary public in and for said state, personally appeared Elpiniki M. Bechakas, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument and that such individual made such appearance before the undersigned in the _ _ _ _ _ _ _ . (Insert city or political subdivision and state or other place acknowledgment taken--- if acknowledgment is taken outside of New York State)

_____
Notary Public

60344

04

Pillar Processing, LLC
220 Northpointe Pkwy., Suite B
Amherst, NY 14228

RrR

(Page 2 of 2)

Loan # 1218114505-106

## *ASSIGNMENT OF MORTGAGE*

County of ROCKLAND, State of New York

Assignor: Mortgage Electronic Registration Systems, Inc. as nominee for Valley Bank its successors and assigns, 3300 SW 34th Avenue Suite 101, Ocala, FL 34474

Assignee: U.S. Bank National Association, as Trustee for EMC Prime 2006-1, 180 East 5th Street , St. Paul, MN 55101

Original Lender: Mortgage Electronic Registration Systems, Inc. as nominee for Valley Bank its successors and assigns

Mortgage made by ARUNA GAUTAM, dated the 8th day of March, 2006 in the amount of Two hundred and fifty three thousand three hundred and eighty dollars ($253,380.00) and interest, recorded on the 12th day of May, 2006 in the Office of the Clerk of the County of ROCKLAND at Certificate/Docket Number 2006-25957.

This said mortgage has not been otherwise assigned.

Property Address: 18 VILLAGE MILL, HAVERSTRAW, NY 10927
SBL # 26.43-2-8/1800

Know that All Men By These Present in consideration of the sum of One and No/100th Dollars and other good valuable consideration, paid to the above Named assignor, the receipt and sufficiency of which is hereby acknowledged the Said Assignor hereby assigns unto the above named Assignee the said Mortgage, and the full benefit of all the powers and of all the covenants and Provisions therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.
*TO HAVE AND TO HOLD* the said Mortgage, and also the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.
*THIS* Assignment is not subject to the requirement of Section 275 of the Real Property Law because it is within the secondary mortgage market.
*IN WITNESS WHEREOF*, the Assignor has caused these presents to be signed by its duly authorized officer this _10_ day of July, 2008.

*IN PRESENCE OF*

                                         Mortgage Electronic Registration Systems, Inc. as
                                         nominee for Valley Bank its successors and assigns

                                         BY:
                                         Elpiniki Bechakas
                                         Assistant Secretary and Vice President

State of New York
County of Erie                        :ss:
On the _10_ day of July in the year 2008 before me, the undersigned, a notary public in and for said state, personally appeared Elpiniki Bechakas, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument and that such individual made such appearance before the undersigned in the
_____.   (Insert city or political subdivision and state or other place acknowledgment taken--- if
acknowledgment is taken outside of New York State)

_____
Notary Public

                                  JANIE CANELLA
                           NOTARY PUBLIC, STATE OF NEW YORK       Pillar Processing, LLC
                           REGISTRATION NO. 01CA6189         220 Northpointe Pkwy., Suite B
                           QUALIFIED IN ERIE COUNTY           Amherst, NY 14228
                           My Commission Expires January 13, 2029

                                                       R.R.

44884

(Page 2 of 2)

Loan # 1146033504-106

## ASSIGNMENT OF MORTGAGE

County of ROCKLAND, State of New York

Assignor: Mortgage Electronic Registration Systems, Inc., as nominee for Wall Street Bankers, LTD., DBA Power Express, it's successors and assigns. 3300 SW 34th Ave., Suite 101 , Ocala, FL 34474

Assignee: US Bank National Association as Trustee for MASTR Alternative Loan Trust 2007-HF1, 180 East 5th Street , St. Paul, MN 55101

Original Lender: Mortgage Electronic Registration Systems, Inc., as nominee for Wall Street Bankers, LTD., DBA Power Express, it's successors and assigns

Mortgage made by PETER WINT, MARIA WINT, dated the 8th day of February, 2007 in the amount of Two hundred and fifty thousand dollars ($250,000.00) and interest, recorded on the 5th day of March, 2007 in the Office of the Clerk of the County of ROCKLAND at Certificate/Docket Number 2007-10920.

This said mortgage has not been otherwise assigned.

Property Address: 68 WEST BURDA PLACE, NEW CITY, NY 10956
SBL # 50.12-2-24

Know that All Men By These Present in consideration of the sum of One and No/100th Dollars and other good valuable consideration, paid to the above Named assignor, the receipt and sufficiency of which is hereby acknowledged the Said Assignor hereby assigns unto the above named Assignee the said Mortgage, and the full benefit of all the powers and of all the covenants and Provisions therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

*TO HAVE AND TO HOLD* the said Mortgage, and also the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.
*THIS* Assignment is not subject to the requirement of Section 275 of the Real Property Law because it is within the secondary mortgage market.
*IN WITNESS WHEREOF*, the Assignor has caused these presents to be signed by its duly authorized officer this 23rd day of July, 2009.

*IN PRESENCE OF*

Mortgage Electronic Registration Systems, Inc., as nominee for Wall Street Bankers, LTD., DBA Power Express, it's successors and assigns

BY: _____
Elpiniki M. Bechakas
Assistant Secretary and Vice President

State of New York
County of Erie   ss:
On the 23rd day of July, in the year 2009 before me, the undersigned, a notary public in and for said state, personally appeared Elpiniki M. Bechakas, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument and that such individual made such appearance before the undersigned in the _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ (Insert city or political subdivision and state or other place acknowledgment taken--- if acknowledgment is taken outside of New York State)

_____
Notary Public

CARMEN PRIMAU
Notary Public, State of New York
Qualified in Erie County
My Commission Expires March 7, 2010

66958

Pillar Processing, LLC
220 Northpointe Pkwy., Suite B
Amherst, NY 14228

RrP