AO 436 (Rev. 12/04)

Administrative Office of the United States Courts

# CD/ TAPE ORDER

*Read Instructions on Next Page.*

| 1. NAME Lisa M. Penpraze, Assistant U.S. Trustee | 2. PHONE NUMBER (518) 434-4553 | 3. DATE 01/18/11 | |
|---|---|---|---|
| 4. MAILING ADDRESS c/o United States Trustee Office, 74 Chapel Street | 5. CITY Albany | 6. STATE NY | 7. ZIP CODE |
| 8. CASE NUMBER 10-12856 & 10-12431 | 9. CASE NAME George S. Bevins, Jr. & | DATES OF PROCEEDINGS | |
| | | 10. FROM 01/13/11 | 11. TO 01/13/11 |
| 12. PRESIDING JUDGE Robert E. Littlefield, Jr. | John C. Szumowski | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Albany | 14. STATE NY |

15. ORDER FOR
☐ APPEAL   ☐ CRIMINAL   ☐ CRIMINAL JUSTICE ACT   ☒ BANKRUPTCY
☐ NON-APPEAL   ☐ CIVIL   ☐ IN FORMA PAUPERIS   ☐ OTHER (Specify)

16. TAPE REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which duplicate cd/tape(s) are requested.)

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | 01/13/11 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| ☐ REFORMATTED DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER AT 1-7/8 INCHES PER SECOND | | |
| ☐ UNREFORMATTED DUPLICATE TAPE(S) FOR PLAYBACK ON A 4-TRACK CASSETTE RECORDER AT 1-7/8 INCHES PER SECOND | | |
| ☐ UNREFORMATTED DUPLICATE TAPE(S) FOR PLAYBACK ON A 4-TRACK CASSETTE RECORDER AT 15/16 INCHES PER SECOND | | |
| ☒ RECORDABLE COMPACT DISC - CD | 1 | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| 18. SIGNATURE [signature] | 19. DATE 01/18/11 |
|---|---|
| PROCESSED BY | PHONE NUMBER |
| ORDER RECEIVED | DATE | DEPOSIT PAID |
| DEPOSIT PAID | | TOTAL CHARGES |
| TAPE / CD DUPLICATED | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE | | TOTAL REFUNDED |
| PARTY RECEIVED TAPE / CD | | TOTAL DUE |

DISTRIBUTION:   COURT COPY   ORDER RECEIPT   ORDER COPY



# U. S. Department of Justice
## Office of the United States Trustee
74 Chapel Street, Suite 200
Albany, New York 12207

## FACSIMILE TRANSMISSION

**To:** Vicki Rodriguez

**Office:** Bankruptcy Court

**Voice No.:** ( )  ___  -  ___         **Fax No.:** (518) 431 - 0192

**From:** Anne Marie Kuntzsch [?]

**Office:** Office of the United States Trustee, 74 Chapel Street, Suite 200, Albany, New York

**Re:** Bevins, # 10-12856 and Szymanski, # 10-12431

**Date:** 1/18/11

**Fax No.:** (518) 434-4459         **Voice No.:** (518) 434-4553

**Total number of pages (including this cover sheet):** 2

**Message:** Hello Vicki, attached please find U.S. Bankruptcy Court form AO-436, request for CD/Tape order. I listed both of the above cases on the form as they were heard together on Jan. 13, 2011. If you have any questions, please call. Thank you.

***Sensitive But Unclassified***
Information is Contained in this Facsimile Transmission

This fax (including any attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged or otherwise protected by applicable law. If the reader of this fax is not the intended recipient or the employee or agent responsible for delivering the fax to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this fax or its contents is strictly prohibited. If you have received this fax in error, please notify the sender immediately, and please destroy all copies of this fax.