# EXHIBIT 1

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In Re: George S. Bevins

Debtor(s)

Address: 100 Starks Knob Road
Schuylerville, NY 12871

Last Four Digits of SSN: 3595

STATE OF MINNESOTA : SS
COUNTY OF HENNEPIN :

I, Judy Faber, being of full age, being duly sworn according to law, state as follows:

1. I am a Records Services Manager and a Limited Signing Officer for GMAC Mortgage, LLC ("GMACM"), the servicer and attorney-in-fact for Deutsche Bank Trust Company Americas as Trustee for the Mortgage Asset-Backed Pass-Through Certificates Series 2006-QS18 Trust (the "Deutsche Bank"). I am also a Director for Residential Funding Company, LLC ("RFC"). As such, I have personal knowledge of the facts, or have gained knowledge from my review of documents in RFC's control, set forth herein.

2. Wells Fargo Bank, N.A. ("WFB") is the Document Custodian for Deutsche Bank, pursuant to a Custodial Agreement with Deutsche Bank. *See* Affidavit of Steve Naasz, dated January 27, 2011 at Exhibit A. From time to time, WFB releases documents, including notes and mortgages, it is holding for Deutsche Bank to GMACM and or its agents to attend to issues in the administration and servicing of a loan. The Custodial Agreement provides for this occasion. *See* Custodial Agreement at ¶ 2.5. As the Records Services Manager for

GMACM, I am tasked with overseeing the secure transfer of these documents from WFB to GMACM and or its agents.

3. The original note endorsed in blank and recorded mortgage executed by debtor were delivered to WFB pursuant to the applicable Pooling and Servicing Agreement. Pursuant to the Custodial Agreement, WFB was responsible for endorsing the note on behalf of RFC. *See* Custodial Agreement at ¶ 2.3 (b).

4. GMACM has sub-serviced Debtor's loan since May 1, 2007. GMACM is an affiliate of RFC.

5. Based on a review of RFC's system, I confirmed that Deutsche Bank has been in continuous physical possession of both the original note and recorded mortgage executed by debtor, by its custodian or agents, since on or before December 28, 2006. Notably, WFB released the note and mortgage on November 24, 2010 to ACS, as agent for GMACM, to allow for photocopying of the note and mortgage. The original note and recorded mortgage executed by debtor were sent back to WFB on November 30, 2010. On January 21, 2011, WFB sent the collateral file with debtor's original note and recorded mortgage to counsel for Deutsche Bank and GMACM, Hinshaw & Culbertson LLP, who are acting as bailee for the parties.

6. On August 31, 2009, MERS, acting as nominee for Homecomings and its successors in interest, caused an assignment of mortgage to be executed in order to document in the land records of the County Clerk's Office in Saratoga County, New York, that the ownership of the Debtor's loan had been previously assigned to Deutsche Bank. My January 10, 2011 Affidavit incorrectly identified the New York City Department of Finance, where land records concerning property located in New York City are filed, as the office where the assignment was recorded.

FURTHER AFFIANT SAYETH NAUGHT.

Judy Faber

SWORN and ACKNOWLEDGED before me on this the 27th day of January, 2011.

LISA A. MAGNUSON
Notary Public-Minnesota
My Commission Expires Jan 31, 2015

Notary Public