**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

*Date: 04/28/2011*
*Time: 09:15 a.m.*
*Place: Albany, NY*

|  |  |
|---|---|
| In Re: George S. Bevins )<br><br>                    **Debtor(s)** )<br>**Address:**   **100 Starks Knob Road** )<br>            **Schuylerville, NY 12871** )<br>_____ )<br><br>**George S. Bevins, Jr.,** )<br><br>        **Plaintiff(s),** )<br><br>**-against-** )<br><br>**MRS Associates, Inc.,** )<br><br>        **Defendant(s).** )<br>_____ ) | **Case No.: 10-12856**<br>**Chapter 13**<br><br><br><br><br><br><br><br>**Adv. Case No.**<br>**11-90010** |

## DEBTOR'S MOTION SEEKING
## APPROVAL OF SETTLEMENT
## AND TO DISCONTINUE ACTION

George S. Bevins, Jr. ("Debtor"), by his attorney, Ronald J. Kim, Esq., respectfully asserts the following in support of the instant motion to approve settlement:

1.      The Debtor filed a voluntary petition for relief pursuant to Chapter 13 of the U.S. Bankruptcy Code with the U.S. Bankruptcy Court for the Northern District of New York on July 30, 2010.

2.      The Debtor has received a proposed settlement in the amount of $2,400.00 by MRS Associates, Inc., for alleged violations of the Fair Debt Collection Practices Act and unfair trade practices.

3.      A total of $1,253.67 of the proposed settlement is attorney's fees and disbursements while $1,146.33 is intended to reimburse the debtor for damages as a result of the alleged violations of Fair Debt Collection Practices Act and  unfair trade practices.

4.      If the Trustee abandons the settlement proceeds, the debtor will use the funds to pay higher than expected utility bills incurred this winter.

5.      The debtor therefore moves this Court to approve the settlement payment of $2,400.00 to the debtor and allow him to retain $1,146.33.

**WHEREFORE,** for all the reasons noted above, it is respectfully requested that this Court issue an Order approving the proposed settlement, abandoning the above-named property of the estate and allowing the debtor to retain the settlement amount, and granting such other and further relief as this Court deems just and proper.

Dated: Saratoga Springs
      April 4, 2011

                             */s/Ronald J. Kim/s/*_____
                             Ronald J. Kim, Esq.
                             *Attorney for Debtor(s)*
                             Bar Roll #511156
                             Law Offices of Ronald J. Kim
                             P.O. Box 318
                             Saratoga Springs, NY 12866
                             518-581-8416 Telephone
                             518-583-9059 Facsimile
                             Ron@RonaldKimLaw.com E-mail