**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

|  |  |
|---|---|
| **In Re: George S. Bevins** ) | |
| ) | **Case No.: 10-12856** |
| Debtor(s) ) | **Chapter 13** |
| **Address:**   100 Starks Knob Road ) | |
| Schuylerville, NY 12871 ) | |
| ) | |
| **Last four digits of Social Security No.(s):   3595** ) | |
| _____ ) | |

**NOTICE OF DEBTOR(S) MOTION TO**
**ALLOW COMPENSATION PRIOR TO CONFIRMATION OF PLAN**

    George S. Bevins, Jr., has filed papers with the Court to seek an order pursuant to 11 U.S.C. Sections 329 and Fed. R. Bankr. P. 2016(b) allowing attorney compensation.

    <u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

    If you do not want the Court to grant the relief requested in the motion, or if you want the Court to consider your views on the motion, then on or before <u>May 19, 2011</u>, you or your attorney must:

    File with the Court a written response, explaining your position at:

Court Clerk
U.S. Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 327
Albany, New York 12207

    If you mail your response to the Court for filing, you must mail it early enough so the Court will *receive* it on or before the date stated above.

    You must also mail a copy to:

| | |
|---|---|
| Andrea E. Celli, Esq. | Ronald J. Kim, Esq. |
| Chapter 13 Standing Trustee | Attorney for Debtor(s) |
| 7 Southwoods Boulevard | Law Offices of Ronald J. Kim |
| Albany, NY 12211 | P.O. Box 318 |
| | Saratoga Springs, NY 12866 |

Attend the hearing scheduled to be held on **May 26, 2011, at 9:15 a.m.**, in Courtroom 306, United States Bankruptcy Court, James T. Foley U.S. Courthouse, Albany, New York.

PURSUANT TO BANKRUPTCY RULE 9014 AND LOCAL BANKRUPTCY RULE 9013-1, IF YOU INTEND TO OPPOSE THE MOTION, YOU MUST SERVE ON THE MOVANT'S COUNSEL AND FILE WITH THE CLERK OF THE BANKRUPTCY COURT, WRITTEN OPPOSITION TO THE MOTION NOT LATER THAN SEVEN (7) DAYS PRIOR TO THE RETURN DATE OF THIS MOTION.  IN THE EVENT NO WRITTEN OPPOSITION IS SERVED AND FILED, NO HEARING ON THE MOTION WILL BE HELD BEFORE THE COURT ON THE RETURN DATE, AND THE COURT WILL CONSIDER THE MOTION AS UNOPPOSED.

Dated:  Saratoga Springs
April 20, 2011

*/s/Ronald J. Kim/s/*
Ronald J. Kim, Esq.
*Attorney for Debtor(s)*
Bar Roll #511156
Law Offices of Ronald J. Kim
P.O. Box 318
Saratoga Springs, NY 12866
518-581-8416 Telephone
518-583-9059 Facsimile
Ron@RonaldKimLaw.com E-mail