**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In Re: George S. Bevins ) | |
| ) | **Case No.: 10-12856** |
| Debtor(s) ) | **Chapter 13** |
| Address:    100 Starks Knob Road ) | |
| Schuylerville, NY 12871 ) | |
| Last four digits of Social Security No.(s):   3595 ) | |

**NOTICE OF DEBTOR(S) MOTION TO COMPEL**

George S. Bevins, Jr., files this motion with the Court to seek an order to compel GMAC Mortgage, LLC and Deutsche Bank Trust Company Americas as Trustee for Mortgage Asset Backed Pass Through Certificates Series RALI 2006QS18 respond to certain discovery as delineated in the attached supporting affirmation pursuant to Bankr. R. Civ. P. 7037.

<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)  If you do not want the Court to grant the relief requested in the motion, or if you want the Court to consider your views on the motion, then on or before September 29, 2011, you or your attorney must:

File with the Court a written response, explaining your position at:

Court Clerk
U.S. Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 327
Albany, New York 12207

If you mail your response to the Court for filing, you must mail it early enough so the Court will *receive* it on or before the date stated above.

You must also mail a copy to:

| | |
|---|---|
| Andrea E. Celli, Esq. | Ronald J. Kim, Esq. |
| Chapter 13 Standing Trustee | Attorney for Debtor(s) |
| 7 Southwoods Boulevard | Law Offices of Ronald J. Kim |
| Albany, NY 12211 | P.O. Box 318 |
| | Saratoga Springs, NY 12866 |

Attend the hearing scheduled to be held on **September 28, 2011, at 1:30 PM**, in Courtroom 306, United States Bankruptcy Court, James T. Foley U.S. Courthouse, Albany, New York.

Dated: Saratoga Springs
September 1, 2011

 /s/**Ronald J. Kim**/s/
Ronald J. Kim, Esq.
*Attorney for Debtor(s)*
Bar Roll #511156
Law Offices of Ronald J. Kim
P.O. Box 318
Saratoga Springs, NY 12866
518-581-8416 Telephone
518-583-9059 Facsimile
Ron@RonaldKimLaw.com E-mail