IN RE: GEORGE S. BEVINS (Index No. 10-12856)

PRIVILEGE LOG OF DEFENDANTS' GMAC MORTGAGE LLC AS SERVICER AND ATTORNEY-IN-FACT FOR DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR MORTGAGE ASSET BACKED PASS THROUGH CERTIFICATES SERIES RALI 2006QS18'S

| Bates Range | Date | To | From | Subject | Privilege Reason |
|---|---|---|---|---|---|
| DBGMAC 001932-1977 | 11/2007; 9/2008; 8/2009 -10/2009; 12/2009-8/2011 | GMAC Mortgage, LLC/Steven J. Baum, P.C. | GMAC Mortgage, LLC/Steven J. Baum, P.C. | Electronic communications and LPS Notes re: Foreclosure Action and Chapter 13 Bankruptcy Case | Attorney Client Communication, Work Product, In anticipation of litigation |
| DBGMAC 001978 | 5/18/2010 | GMAC Mortgage, LLC | Steven J. Baum, P.C. | Letter re: Court Conference and Request for Records | Attorney Client Communication |
| DBGMAC 001979-1983 | | | | Letters re: Foreclosure Referral | Attorney Client Communication |
| DBGMAC 001984 | | GMAC Mortgage, LLC | Steven J. Baum, P.C. | Memo: Chapter 13 Plan Review | Attorney Client Communication; Attorney Work-Product, In anticipation of litigation |